## MEMORANDUM

**DATE:** July 27, 2004

**TO:** Deputy Clerk
Miscellaneous Business Docket

**FROM:** Nancy M. Rojas
Financial Litigation Unit
U.S. Attorney's Office

**RE:** U.S. v. SHEILLA C. PEIRRE-ANTOINE *PIERRE*

Attached is a certified copy of the above Judgment that was entered in West Roxbury District Court.

Please register the Judgment in this district; issue an MBD Number; annotate the MBD number on the bottom of this form; and return this form to my attention. The judgment debtor presently resides at 86 Wellsmere Road, Boston, MA 02131.

Please note that pursuant to 28 U.S.C. § 1963, the United States no longer has to file a CIV 101 with its request to register a judgment; we just need to file a certified and attested copy of the judgment.

If you have any questions, please contact me at (617) 748-3288. Thank you for your attention to this matter.

Attachment

MBD No. **04 MBD 10220**

Dated: 7/27/04

| JUDGMENT FOR THE PLAINTIFF BY DEFAULT<br>Mass. R. Civ. P. 55(b) | DOCKET NUMBER<br>0206CV0323 | Trial Court of Massachusetts<br>District Court Department |
|---|---|---|
| CASE NAME<br>**Pennsylvania Higher Education Assitance Agency**<br>*Plaintiff*<br>vs.<br>**Sheilla Pierre-Antoine**<br>*Defendant* | Count 1 | COURT NAME, ADDRESS & PHONE<br>West Roxbury District Court<br>445 Arborway<br>Jamaica Plain, MA 02190<br>617-971-1200<br>JUDGE *(only if judgment under Mass.R.Civ.P. 55[b][4])* |

## JUDGMENT

Upon the request of the Plaintiff named above, whose claim against the Defendant named above is for a sum certain or a sum which can by computation be made certain by the clerk-magistrate pursuant to Mass. R. Civ. P. 55(b)(3), or which has been determined upon an assessment of damages by the Court pursuant to Mass. R. Civ. P. 55(b)(4), **JUDGMENT IS HEREBY ENTERED** on behalf of such Plaintiff against such Defendant, who has been defaulted, for the "Judgment Total" shown below, with postjudgment interest thereon pursuant to G.L. c. 235, § 8 from the "Date Judgment Entered" shown below at the "Annual Interest Rate" shown below.

## NOTICE OF ENTRY OF JUDGMENT

Pursuant to Mass. R. Civ. P. 54, 58 and 79(a), this judgment has been entered on the docket on the "Date Judgment Entered" shown below. Pursuant to Mass. R. Civ. P. 77(d), this notice of such entry has been sent to all parties.

| # | Description | | | Amount |
|---|---|---|---|---|
| 1. | Date of Breach, Demand or Complaint | | | 5/31/02 |
| 2. | Date Judgment Entered | | | 11/12/02 |
| 3. | Number of Days of Prejudgment Interest *(Line 2 - Line 1)* | | | 165 Days |
| 4. | Annual Interest Rate *(G.L. c. 231, §§ 6B-6C)* | | | 4.50% |
| 5. | Daily Interest Rate *(Line 4÷365)* | | | 0.0123% |
| 6. | Single Damages | | | $ 3,845.15 |
| 7. | Prejudgment Interest *(Lines 3x5x6)* | | | $ 78.22 |
| 8. | Double or Treble Damages Awarded by Court *(where authorized by statute)* | | | |
| 9. | Costs | Entry Fee & Surcharge *(G.L. c.261, §26)* | $ 110.00 | |
| 10. | | Statutory Attorney Fee *(G.L. c.261, §26)* | $ 2.50 | |
| 11. | | Term Fee *(G.L. c.261, §26)* | $ 3.00 | |
| 12. | | Witness Fees *(c.262, §29: $6/day & 10¢/mile)* | | |
| 13. | | Other Costs Awarded by Court | $ 21.10 | $ 136.60 |
| 14. | Attorney Fees Awarded by Court *(where authorized by statute)* | | | |
| 15. | **JUDGMENT TOTAL** *(Lines 6+7+8+13+14)* | | | $ 4,059.97 |

| DATE JUDGMENT ENTERED | CLERK-MAGISTRATE/ASST. CLERK |
|---|---|
| November 12, 2002 | X *[signature]* |

11/12/2 9:58AM jbw

| JUDGMENT FOR THE PLAINTIFF BY DEFAULT Mass. R. Civ. P. 55(b) | DOCKET NUMBER 0206CV0323 | Trial Court of Massachusetts District Court Department |
|---|---|---|
| CASE NAME<br>Pennsylvania Higher Education Assitance Agency<br>*Plaintiff*<br>vs.<br>Sheilla Pierre-Antoine<br>*Defendant*<br>Count 2 | | COURT NAME, ADDRESS & PHONE<br>West Roxbury District Court<br>445 Arborway<br>Jamaica Plain, MA 02190<br>617-971-1200<br><br>JUDGE (only if judgment under Mass.R.Civ.P. 55[b][4]) |

## JUDGMENT

Upon the request of the Plaintiff named above, whose claim against the Defendant named above is for a sum certain or a sum which can by computation be made certain by the clerk-magistrate pursuant to Mass. R. Civ. P. 55(b)(3), or which has been determined upon an assessment of damages by the Court pursuant to Mass. R. Civ. P. 55(b)(4), **JUDGMENT IS HEREBY ENTERED** on behalf of such Plaintiff against such Defendant, who has been defaulted, for the "Judgment Total" shown below, with postjudgment interest thereon pursuant to G.L. c. 235, § 8 from the "Date Judgment Entered" shown below at the "Annual Interest Rate" shown below.

## NOTICE OF ENTRY OF JUDGMENT

Pursuant to Mass. R. Civ. P. 54, 58 and 79(a), this judgment has been entered on the docket on the "Date Judgment Entered" shown below. Pursuant to Mass. R. Civ. P. 77(d), this notice of such entry has been sent to all parties.

| 1. | Date of Breach, Demand or Complaint | | | 5/31/02 |
|---|---|---|---|---|
| 2. | Date Judgment Entered | | | 11/12/02 |
| 3. | Number of Days of Prejudgment Interest *(Line 2 - Line 1)* | | | 165 Days |
| 4. | Annual Interest Rate *(G.L. c. 231, §§ 6B-6C)* | | | 4.50% |
| 5. | Daily Interest Rate *(Line 4÷365)* | | | 0.0123% |
| 6. | Single Damages | | | $ 7,294.27 |
| 7. | Prejudgment Interest *(Lines 3x5x6)* | | | $ 148.38 |
| 8. | Double or Treble Damages Awarded by Court *(where authorized by statute)* | | | |
| 9. | Costs | Entry Fee & Surcharge *(G.L. c.261, §26)* | $ | |
| 10. | | Statutory Attorney Fee *(G.L. c.261, §26)* | $ | |
| 11. | | Term Fee *(G.L. c.261, §26)* | $ | |
| 12. | | Witness Fees *(c.262, §29: $6/day & 10¢/mile)* | | |
| 13. | | Other Costs Awarded by Court | $ | $ 0.00 |
| 14. | Attorney Fees Awarded by Court *(where authorized by statute)* | | | |
| 15. | **JUDGMENT TOTAL** *(Lines 6+7+8+13+14)* | | | $ 7,442.65 |

| DATE JUDGMENT ENTERED<br>November 12, 2002<br>11/12/2 10:01AM jbw | CLERK-MAGISTRATE/ASST. CLERK<br>X *[signature]* | True Copy Attest *[signature]* |
|---|---|---|

| JUDGMENT FOR PLAINTIFF BY DEFAULT<br>Mass. R. Civ. P. 55(b) | DOCKET NUMBER<br>0206CV0323 | Trial Court of Massachusetts<br>District Court Department |
|---|---|---|
| CASE NAME<br>Pennsylvania Higher Education Assitance Agency<br>*Plaintiff*<br>vs.<br>Sheilla Pierre-Antoine<br>*Defendant*<br>Count 3 | | COURT NAME, ADDRESS & PHONE<br>West Roxbury District Court<br>445 Arborway<br>Jamaica Plain, MA 02190<br>617-971-1200<br>JUDGE *(only if judgment under Mass.R.Civ.P. 55[b][4])* |

## JUDGMENT

Upon the request of the Plaintiff named above, whose claim against the Defendant named above is for a sum certain or a sum which can by computation be made certain by the clerk-magistrate pursuant to Mass. R. Civ. P. 55(b)(3), or which has been determined upon an assessment of damages by the Court pursuant to Mass. R. Civ. P. 55(b)(4), **JUDGMENT IS HEREBY ENTERED** on behalf of such Plaintiff against such Defendant, who has been defaulted, for the "Judgment Total" shown below, with postjudgment interest thereon pursuant to G.L. c. 235, § 8 from the "Date Judgment Entered" shown below at the "Annual Interest Rate" shown below.

## NOTICE OF ENTRY OF JUDGMENT

Pursuant to Mass. R. Civ. P. 54, 58 and 79(a), this judgment has been entered on the docket on the "Date Judgment Entered" shown below. Pursuant to Mass. R. Civ. P. 77(d), this notice of such entry has been sent to all parties.

| | | | |
|---|---|---|---|
| 1. | Date of Breach, Demand or Complaint | | 5/31/02 |
| 2. | Date Judgment Entered | | 11/12/02 |
| 3. | Number of Days of Prejudgment Interest *(Line 2 - Line 1)* | | 165 Days |
| 4. | Annual Interest Rate *(G.L. c. 231, §§ 6B-6C)* | | 4.50% |
| 5. | Daily Interest Rate *(Line 4÷365)* | | 0.0123% |
| 6. | Single Damages | | $ 10,680.00 |
| 7. | Prejudgment Interest *(Lines 3x5x6)* | | $ 217.26 |
| 8. | Double or Treble Damages Awarded by Court *(where authorized by statute)* | | |
| 9. | Costs | Entry Fee & Surcharge *(G.L. c.261, §26)* | $ |
| 10. | | Statutory Attorney Fee *(G.L. c.261, §26)* | $ |
| 11. | | Term Fee *(G.L. c.261, §26)* | $ |
| 12. | | Witness Fees *(c.262, §29: $6/day & 10¢/mile)* | |
| 13. | | Other Costs Awarded by Court | $ | $ 0.00 |
| 14. | Attorney Fees Awarded by Court *(where authorized by statute)* | | |
| 15. | **JUDGMENT TOTAL** *(Lines 6+7+8+13+14)* | | $ 10,897.26 |

| DATE JUDGMENT ENTERED<br>November 12, 2002 | CLERK-MAGISTRATE/ASST. CLERK<br>X *[signature]* |
|---|---|

11/12/2 10:03AM jbw

True Copy Attest *[signature]*

## ASSIGNMENT OF JUDGMENT

I, Patricia Walton, representing the Pennsylvania Higher Education Assistance Agency (assignor), 1200 North Seventh Street, City of Harrisburg, Commonwealth of Pennsylvania, in consideration of the sum of $22,399.88, receipt of which is acknowledged, paid to the Pennsylvania Higher Education Assistance Agency by the United States of America (assignee) hereby assign to assignee the Judgment recovered by assignor on November 12, 2002, docketed in the West Roxbury District Court, Jamaica Plain, Massachusetts, Case No. 0206CV0323, against **SHEILLA PIERRE-ANTOINE** for $17,166.52 in principal, plus interest of $5,096.76, plus costs of $136.60.

Assignor authorizes the United States of America to ask, demand, and receive, and to sue out executions and take all lawful ways for the recovery of the money due or to become due to this Judgment.

Assignor has not done and will not do anything to hinder or prevent the United States of America from enforcing the Judgment.

I have executed this assignment at PHEAA, 1200 North Seventh Street, Harrisburg, Pennsylvania 17102 this 3rd day of December, 2002.

*Patricia Walton*
Patricia Walton